[No. 24568-0-II.   Division Two.   July 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT GLENN MICHAEL, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-1-00412-6, John F. Nichols, J., entered March 18, 1999. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Armstrong, C.J., and Houghton, J.

[Nos. 22797-5-II; 24442-0-II.   Division Two. · July 7, 2000.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM B. JONES, *Appellant.*

Appeals from a judgment of the Superior Court for Grays Harbor County, No. 97-1-00153-9, F. Mark McCauley, J., entered December 8, 1997. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater, J.; Hunt, A.C.J., concurring in part and dissenting in part.

[No. 24059-9-II.   Division Two.   July 7, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DEAN WRINKLE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 92-1-00098-9, Robert L. Harris, J., entered November 20, 1998. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Armstrong, C.J., and Bridgewater, J.